CIVIL RIGHTS COMPLAINT
42 U.S.C. § 1983

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------x

COGAN, J.

☐ ORIGINAL

MELVIN BAEZ
_____,
Full name of plaintiff/prisoner ID# 895150173

CV 16- 4408

Plaintiff,

JURY DEMAND
YES X    NO ____

-against-
The City of New York
DET, James Malpeso. N.Y.C Police Dept
John Doe, Det  N.Y.C Police Dept, Et Al.
Enter full names of defendants
[Make sure those listed above are
identical to those listed in Part III.]

RECEIVED
AUG - 8 2016
PRO SE OFFICE

Defendants.
------------------------------------------------x

I.  Previous Lawsuits:

   A.  Have you begun other lawsuits in state or federal court
       dealing with the same facts involved in this action or
       otherwise relating to your imprisonment?  Yes ( )  No (X)

   B.  If your answer to A is yes, describe each lawsuit in the space below
       (If there is more than one lawsuit, describe the additional lawsuits
       on another piece of paper, using the same outline.)

       1. Parties to this previous lawsuit:

          Plaintiffs: _____
                      _____

          Defendants: _____
                      _____

       2. Court (if federal court, name the district;
          if state court, name the county)
          _____

       3. Docket Number: _____

1

4. Name of the Judge to whom case was assigned: _____

5. Disposition: (for example: Was the case dismissed? Was it appealed? Is it still pending?)
   _____

6. Approximate date of filing lawsuit: _____

7. Approximate date of disposition: _____

II. Place of Present Confinement: <u>A.M.K.C   18-18 Hazen St East, Elmhurst N.Y 11370</u>

A. Is there a prisoner grievance procedure in this institution? Yes ( ) No (x)

B. Did you present the facts relating to your complaint in the prisoner grievance procedure? Yes ( ) No (x)

C. If your answer is YES,

   1. What steps did you take? _____
   _____
   _____

   2. What was the result? _____
   _____

D. If your answer is NO, explain why not <u>This not a Jail Case</u>
   _____

E. If there is no prison grievance procedure in the institution, did you complain to prison authorities? Yes ( ) No ( )

F. If your answer is YES,

   1. What steps did you take? _____
   _____
   _____

   2. What was the result? _____
   _____

2

III. Parties:

(In item A below, place your name in the first blank and place your present address in the second blank. Do the same for additional plaintiffs, if any.)

A. Name of plaintiff  MELVIN BAEZ

Address  A.M.K.C 18-18 Hazen St East, Elmhurst N.Y 11370

(In item B below, place the full name and address of each defendant)

B. List all defendants' names and the addresses at which each defendant may be served. Plaintiff must provide the address for each defendant named.

Defendant No. 1    The City of New York

Defendant No. 2    MALPESO JAMES    N.Y.C Police Dept
                   Tax# 000932948    DT3
                   121-Precinct

Defendant No. 3    John doe    (Unknown) N.Y.C Police Dept

Defendant No. 4

Defendant No. 5

[Make sure that the defendants listed above are identical to those listed in the caption on page 1].

3

IV.     Statement of Claim:

(State briefly and concisely, the <u>facts</u> of your case. Include the date(s) of the event(s) alleged as well as the location where the events occurred. Include the names of each defendant and state how each person named was involved in the event you are claiming violated your rights. You need not give any legal arguments or cite to cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. You may use additional 8 ½ by 11 sheets of paper as necessary.)

I was arrested with no "Probable cause" on September 23, 2015
I was arrested in Staten Island on Clark, Officers stopped me with no cause, arrested me and trumped up charges of possession and alleged a sale, when I did not possess anything and did not sell anything to anyone, there was no "probable couse for the stop, and detention of me, on September 23, 2015, Two Officers in a unmarked car, stopped me and my ocupants with no cause. The case was later dismissed, after 11months.

IV.A    If you are claiming injuries as a result of the events you are complaining about, describe your injuries and state what medical treatment you required. Was medical treatment received?

4

V.  Relief:

State what relief you are seeking if you prevail on your complaint.

I request 1.000.000, for false arrest, 500.000 for emotional distress, and pain and anguish, All legal fees owed to the attorney that may vary, 500,000 dollars, and 350.00 dollars for filing fees.

I declare under penalty of perjury that on July 28, 2016 (Date), I delivered this complaint to prison authorities to be mailed to the United States District Court for the Eastern District of New York.

Signed this 28th day of July, 2016. I declare under penalty of perjury that the foregoing is true and correct.

_____
Signature of Plaintiff

A.M.K.C 18-18 Hazen St
Name of Prison Facility

East, Elmhurst N.Y 11370

Address

8951501737
Prisoner ID#

5

```
CRIMINAL COURT OF THE CITY OF NEW YORK        CERTIFICATE OF DISPOSITION
COUNTY OF RICHMOND                                NUMBER:   23714

THE PEOPLE OF THE STATE OF NEW YORK
                    VS

BAEZ,MELVIN                                       02/10/1978
Defendant                                         Date of Birth

2219    64 STREET                                 7464973L
Address                                           NYSID Number

BROOKLYN              NY                          09/23/2015
City              State    Zip                    Date of Arrest/Issue

Docket Number: 2015RI007034                       Summons No:

195.05 220.03 VTL 511.2A VTL 511.1A
Arraignment Charges


Case Disposition Information:

    Date          Court Action              Judge              Part
 07/12/2016    DISMISSED - MOTION OF DA    RODRIGUEZ,R         AP2
```

NO FEE CERTIFICATION

_ GOVERNMENT AGENCY          X COUNSEL ASSIGNED

_ NO RECORD OF ATTORNEY READILY AVAILABLE. DEFENDANT STATES COUNSEL WAS ASSIGNED

  SOURCE   _ ACCUSATORY INSTRUMENT  X DOCKET BOOK/CRIMS   _ CRC3030[CRS963]


        I HEREBY CERTIFY THAT THIS IS A TRUE EXCERPT OF THE RECORD ON FILE IN
THIS COURT.
GOLANT,L   *L. Golant* (signature)          07/14/2016
COURT OFFICIAL SIGNATURE AND SEAL           DATE        FEE: NONE


(CAUTION: THIS DOCUMENT IS NOT OFFICIAL UNLESS EMBOSSED WITH THE COURT
         SEAL OVER THE SIGNATURE OF THE COURT OFFICIAL.)